1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7   ROBERT CONNOR WRIGHT,              )       1:06-cv-00925-OWW-TAG-HC
                                       )
8          Petitioner,                 )       ORDER DENYING MOTION FOR
                                       )       APPOINTMENT OF COUNSEL
9          v.                          )
                                       )       (Doc. 2)
10  ROBERT A. HOREL, Warden,           )
                                       )
11                                     )
           Respondent.                 )
12  _____   )

13         Petitioner has requested the appointment of counsel.  There currently exists no absolute right

14  to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th

15  Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir. 1984).  However, Title 18 U.S.C. § 3006A

16  authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See

17  Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the

18  interests of justice require the appointment of counsel at the present time.  Petitioner contends that

19  appointment of counsel is necessary because he lacks the financial resources to retain his own counsel

20  and because the issues in this case are "novel and complex."  (Doc. 2, pp. 1-2). Those circumstances,

21  however, are present in most habeas cases before this Court.  Alone, they fail to present a compelling

22  reason for appointment of counsel. Accordingly, IT IS HEREBY ORDERED that Petitioner's request

23  for appointment of counsel (Doc. 2), is DENIED.

24

25  IT IS SO ORDERED.

26  Dated:   **August 23, 2006**                    **/s/ Theresa A. Goldner**
         **j6eb3d**                              UNITED STATES MAGISTRATE JUDGE
27

28