UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONNER WRIGHT,<br><br>   Petitioner,<br><br>   vs.<br><br>ROBERT A. HOREL,<br><br>   Respondent.<br>_____/ | 1:06-cv-00925 TAG  (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br>(Doc. 13) |

On February 27, 2008, Petitioner filed a motion for an extension of time to file an opposition to Respondent's motion to dismiss the instant petition for writ of habeas corpus.  (Doc. 13).  The Court has considered Petitioner's motion, finds that good cause exists to grant it in part, and makes the following order:

   1. Petitioner's motion for an extension of time to file an opposition to Respondent's motion to dismiss is GRANTED, but only for thirty (30) days;

   2. Petitioner shall have to and including March 31, 2008 to file an opposition; and

   3. No further extensions of time will be granted absent extraordinary circumstances.

Petitioner is advised that failure to comply with this order may result in an order dismissing the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   **February 28, 2008**                                     **/s/ Theresa A. Goldner**
                                                                                           UNITED STATES MAGISTRATE JUDGE