1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9
ROBERT CONNER WRIGHT,                    1:06-cv-00925-TAG  (HC)
10
            Petitioner,
11                                       ORDER GRANTING MOTION
      vs.                                FOR EXTENSION OF TIME
12                                       TO FILE TRAVERSE
ROBERT A. HOREL,
13                                       (Doc. 24)
            Respondent.
14
_____/
15
            On November 12, 2008,  Petitioner filed a motion for an extension of time to file his traverse
16
to Respondent's answer in this action. (Doc. 24).  The Court has considered Petitioner's motion, finds
17
that good cause exists to grant it in part, and makes the following order:
18
            1.  Petitioner's  motion for an extension of time to file a traverse is GRANTED, but only for
19
thirty (30) days; and
20
            2.  Petitioner shall have to and including Monday, December 15, 2008, to file a traverse.
21
22
IT IS SO ORDERED.
23
Dated:   **November 14, 2008**                    _____**/s/ Theresa A. Goldner**_____
24  _____                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28